### CARITEY v. EGGERS et al.

(Supreme Court, Appellate Division, Third Department. June 27, 1906,)

APPEAL—COSTS—ACADEMIC QUESTION.

The question on appeal being academic, no costs will be allowed, notwithstanding a reversal.

Appeal from Special Term.

Action by Jules Constant Caritey against Frederick H. Eggers and another. From an adverse order, defendants appeal. Reversed.

PER CURIAM. We must assume that the order setting aside the service was properly made. The defendants' subsequent voluntary appearance does not justify a reopening of that motion. For the reason that the question is academic, no costs are allowed.

Order reversed, and motion denied.

Order reversed, without costs, and motion denied, without costs.